UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>KEVIN KEELS,<br><br>            Defendant. | Misc. Action No. 06-420 (RWR/JMF) |

## ORDER

   Please be advised that the above case has been assigned to Magistrate Judge John M. Facciola for **resolution of motion re. subpoena.**

   In accordance with Local Rule 5.1(f), kindly insert my initials, as well as the trial judge's initials on all filings with the Clerk's Office.

   Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b).  All such correspondence will not be reviewed by the undersigned but will be returned immediately.  Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone.  All matters in the above captioned case should be addressed to the law clerk assigned to this action: **E. Michelle Tupper, Esq. at 202/354-3135.**


October 13, 2006
cc:     Counsel
        Judge                           JOHN M. FACCIOLA
        Files                           UNITED STATES MAGISTRATE JUDGE
        Chambers