# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Misc. No. 06-420 (RWR/JMF) |
| KEVIN M. KEELS, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER TO SHOW CAUSE

This case was referred to me upon removal from D.C. Superior Court for resolution of a subpoena matter on September 14, 2006.

Marigold Henderson and Renee Barley, on behalf of the Court Services and Offender Supervision Agency ("CSOSA"), received a subpoena in the pending criminal case of District of Columbia v. Keels, Case No. 2006CTF 210 (D.C. Super. Ct., Crim. Div.). See Notice of Removal of a Subpoena Matter at 1. The subpoena required Ms. Henderson and Ms. Barley to delivery records of Kevin M. Keels to the office of Chidi Ogolo, Esq., by August 31, 2006. Id. at ¶ 1. According to the removal notice, CSOSA intended to move to quash the subpoena "based on defenses relying on federal law and raising federal questions." Id. at ¶ 3. The criminal case remained in Superior Court.

Now, over four months later, CSOSA has yet to file any motion in this case.

Therefore, Plaintiff's counsel is hereby **ORDERED** to show cause, in writing, why this matter should not be dismissed from this Court. The response to the Court shall be filed within ten days from the date of this Order, or February 8, 2007.

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: January 29, 2007